JEFFREY A. DICKERSON
Nevada Bar No. 2690
9585 Prototype Ct., Ste. A
Reno, NV 89521
Phone: (775) 786-6664
Facsimile: (775) 786-7466

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS RAY BURKEYBILE, | CASE NO. 3:12-cv-00558-MMD-WGC |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR ENLARGEMENT OF TIME |
| WASHOE COUNTY, a political subdivision of the State of Nevada, MICHAEL V. ROTH, an individual, and ZACHARY YOUNG, an individual, | |
| Defendant. | |
| _____/ | |

The parties through their undersigned counsel hereby stipulate and agree that Plaintiff may and should have a three week extension of time within which to serve and file his opposition to Defendants' Motion to Dismiss, from December 28, 2012, to and including January 18, 2013. The parties further agree Defendants shall have to and including February

///
///
///
///
///
///
///
///
///

JAD/kdd/burkeybile/enlrg tme opp dismiss st                1

8, 2012 within which to serve and file their reply. Good cause exists for the requested relief due to the intervening holiday and defense counsel's previously scheduled medical procedure.

DATED December 27, 2012

| LAW OFFICE OF | WASHOE COUNTY |
| JEFFREY A. DICKERSON | DISTRICT ATTORNEY |

/S/ Jeffrey A. Dickerson      /S/ Mary Kandaras
JEFFREY A. DICKERSON     MARY KANDARAS

## ORDER

IT IS SO ORDERED this 27th day of December, 2012

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE