JEFFREY A. DICKERSON
Nevada Bar No. 2690
9585 Prototype Ct., Ste. A
Reno, NV 89521
Phone: (775) 786-6664
Facsimile: (775) 786-7466

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

DOUGLAS RAY BURKEYBILE,

     Plaintiff,

vs.

WASHOE COUNTY, a political
subdivision of the State of Nevada,
MICHAEL V. ROTH, an individual,
and ZACHARY YOUNG, an individual,

     Defendant.
_____/

CASE NO.  3:12-cv-00558-MMD-WGC

STIPULATION AND ORDER FOR
ENLARGEMENT OF TIME

     The parties through their undersigned counsel hereby stipulate and agree that Plaintiff may and should have a three week extension of time within which to serve and file his opposition to Defendants' Motion to Dismiss, from December 28, 2012, to and including January 18, 2013.  The parties further agree Defendants shall have to and including February

///
///
///
///
///
///
///
///
///

JAD/kdd/burkeybile/enlrg tme opp dismiss st     1

Jeffrey A. Dickerson, Esq.
9585 Prototype Ct., Suite A
Reno, NV 89521
(775) 786-6664

8, 2012 within which to serve and file their reply.  Good cause exists for the requested relief

due to the intervening holiday and defense counsel's previously scheduled medical procedure.

DATED December 27, 2012

LAW OFFICE OF                          WASHOE COUNTY
JEFFREY A. DICKERSON               DISTRICT ATTORNEY

/S/ Jeffrey A. Dickerson               /S/ Mary Kandaras
JEFFREY A. DICKERSON               MARY KANDARAS


ORDER

IT IS SO ORDERED this ___27th___ day of ___December_____, 2012

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE